UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLE BRIDGES,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C07-5068RBL<br><br><br><br>ORDER FOR REMAND |

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.  On remand, the ALJ will:  (1) update the medical records to clarify the severity of the claimant's alleged mental impairments; (2) further consider the medical opinion evidence, including opinions of Dan Neims, Psy.D., Carla van Dam, Ph.D., and Michael Brown, Ph.D.; (3) reassess the severity of the claimant's mental impairments pursuant to the regulations; (4) obtain medical expert testimony to clarify the nature and severity

Page 1　　　　　ORDER- [3:07-CV-5068-RBL-JKA]

of Plaintiff's impairments; and (5) if warranted by the expanded record, complete the sequential evaluation, consider DA&A pursuant to 20 C.F.R. §§ 404.1535 and 416.935, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

Judgment is for the Plaintiff and the file shall be closed.

DATED this 25th day of July, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JOHANNA VANDERLEE   WSB # 19178
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-3858
FAX:  (206) 615-2531
johanna.vanderlee@ssa.gov

Page 2         ORDER- [3:07-CV-5068-RBL-JKA]