# United States District Court

WESTERN DISTRICT OF WASHINGTON

COLE BRIDGES

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5068RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision in regard to Plaintiff's application be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

   July 30, 2007                                                           BRUCE RIFKIN
Date                                                                                    Clerk

                                                                                                   *s/CM Gonzalez*
                                                                                   Deputy Clerk