U.S. DISTRICT COURT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLE BRIDGES, | ) |
| Plaintiff, | ) CIVIL NO. C07-5068RBL |
| vs. | ) AGREED ORDER FOR EAJA FEES AND EXPENSES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,160.75 and expenses in the sum of $14.64 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.  The check(s) shall be mailed to Plaintiff's attorney's office:  410-A South Capitol Way, Olympia, WA  98501. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: August 17, 2007

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

AGREED ORDER FOR EAJA FEES AND EXPENSES    - Page 1
[C07-5068RBL]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon

JEANETTE LAFFOON, WSB #30872

Attorney for Plaintiff

Approved for entry,

Notice of presentation waived:

/s/ Johanna Vanderlee

JOHANNA VANDERLEE

Special Assistant U.S. Attorney

Attorney for Defendant

*(signed per telephonic agreement)*

AGREED ORDER FOR EAJA FEES AND EXPENSES   - Page 2

[C07-5068RBL]

MADDOX & LAFFOON, P.S.

410-A South Capitol Way

Olympia, WA. 98501

(360) 786-8276