IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| COLE BRIDGES, | ) |
| | ) |
| Plaintiff, | ) Civ. No. C07-5068RBL |
| | ) |
| vs. | ) ORDER FOR ATTORNEYS FEES |
| | ) PURSUANT TO 42 U.S.C. § 406(b) |
| MICHAEL ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, Jeanette Laffoon, is awarded attorney fees of $4,397.00 pursuant to 42 U.S.C. § 406(b).

DATED this 8th day of February, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 1 of 2
[C07-5068RBL]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

1  Presented by:

3  S/JEANETTE LAFFOON
   JEANETTE LAFFOON
4  Attorney for Plaintiff

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 2 of 2
[C07-5068RBL]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516