# United States District Court

WESTERN DISTRICT OF WASHINGTON

COLE BRIDGES

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE, Commissioner of the Social Security Administration

CASE NUMBER: C07-5068 RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's attorney, Jeanette Laffoon, is awarded attorney fees of $4,397.00 pursuant to 42 U.S.C. §406(b).

| February 10, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

s/Mary Trent
Deputy Clerk